## Arnold Groth, Appellee, v. Schueneman-Flynn's Logan Square, Inc., Appellant.

### Gen. No. 41,573.

opinion filed April 23, 1941. Charles V. Falkenberg, for appellant; Irving D. Levin and Jacob Brisgall, for appellee. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''